IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01835-ZLW

RANDY L. LESKE,

    Applicant,

v.

MR. HOYT BRILL, Warden of the Kit Carson Correctional Center in Burlington, Colorado,
MR. JOSEPH ORTIZ, Executive Director of the Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Applicant Randy L. Leske has filed *pro se* on December 5, 2006, a "Motion to Open Judgment and Appoint Counsel and Transmit Transcripts." Mr. Leske primarily asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on November 3, 2006. Mr. Leske also asks the Court to appoint counsel to represent him and to order the state court record. The Court must construe the motion liberally because Mr. Leske is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

The Court first will address the motion to reconsider. A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R.

Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Leske's motion to reconsider, which was filed more than ten days after the Court's Order and Judgment of Dismissal, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant habeas corpus action as barred by the one-year limitation period. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Leske fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. The motions for appointment of counsel and for the Court to order the state court record also will be denied. Accordingly, it is

ORDERED that the "Motion to Open Judgment and Appoint Counsel and Transmit Transcripts" filed on December 5, 2006, is denied.

DATED at Denver, Colorado, this 12 day of December, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01835-BNB

Randy L. Leske
Prisoner No. 84921
Kit Carson Corr. Center
PO Box 2000 - Unit CB218T
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/13/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk