IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01835-ZLW

RANDY L. LESKE,

      Applicant,

v.

MR. HOYT BRILL, Warden, of the Kit Carson Correctional Center in Burlington, Colorado,
MR. JOSEPH ORTIZ, Executive Director of the Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      Applicant's Motion for Status and Clarification" filed on December 28, 2006, is GRANTED. The determination of whether a certificate of appealability should be granted is separate and distinct from the issue of whether leave to proceed in forma pauperis on appeal should be granted. Furthermore, denial of a certificate of appealability does not terminate an appeal.

Dated: January 11, 2007

Copies of this Minute Order were mailed on January 11, 2007, to the following:

Randy L. Leske
Prisoner No. 84921
Kit Carson Correctional Center
P.O. Box 2000
Burlington, CO 80807

                              Secretary/Deputy Clerk